Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **DAATS Companies, Inc.** | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 6 – 0 6 2 8 8 2 9 | |
| **4. Debtor's address** | **Principal place of business**  2665 Villa Creek Dr  Number    Street  Dallas, TX 75234  City    State    ZIP Code  Dallas  County | **Mailing address, if different from principal place of business**  6841 Virginia Pkwy  Number    Street  Mckinney, TX 75071  City    State    ZIP Code  **Location of principal assets, if different from principal place of business**  Number    Street  City    State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor  **DAATS Companies, Inc.** _____  Case number *(if known)* _____
           Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                              MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                              MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____  Relationship _____<br>       District _____  When _____<br>                              MM / DD / YYYY<br>       Case number, if known _____ |

Debtor  **DAATS Companies, Inc.**  Case number *(if known)* _____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>  Number   Street<br>  _____<br>  City                                State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99       ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999    ☐ 10,001-25,000                    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  **DAATS Companies, Inc.**                                            Case number *(if known)*
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **03/14/2025**
              MM/ DD/ YYYY

X  **/s/ George Wainaina Muiruri**                           **George Wainaina Muiruri**
   Signature of authorized representative of debtor          Printed name

Title   **CEO**

**18. Signature of attorney**

X   **/s/ Joyce W. Lindauer**            Date  **03/14/2025**
    Signature of attorney for debtor           MM/ DD/ YYYY

**Joyce W. Lindauer**
Printed name

**Joyce W. Lindauer Attorney, PLLC**
Firm name

**1412 Main St. Suite 500**
Number    Street

**Dallas**                               **TX**           **75202**
City                                     State           ZIP Code

**(972) 503-4033**                       **joyce@joycelindauer.com**
Contact phone                            Email address

**21555700**                             **TX**
Bar number                               State

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **DAATS Companies, Inc.**　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　**03/14/2025**　　Signature　　**/s/ George Wainaina Muiruri**
　　　　　　　　　　　　　　　　　　George Wainaina Muiruri , CEO

American Express
PO Box 6031
Carol Stream, IL 60197-6031

American Express National Bank
PO Box 3009
Salt Lake City, UT 84130

Apex Capital
6000 Western Place Suite 1000
Fort Worth, TX 76107

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

Balboa Capital
PO Box 844803
Los Angeles, CA 90084-4803

Bank of America
PO Box 660441
Dallas, TX 75266-0441

BMO Bank
PO Box 71951
Chicago, IL 60694-1951

Bruckner Leasing
10120 West Reno
Oklahoma City, TX 73127

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711

Dallas County
500 Elm Street Ste 3300
Dallas, TX 75202-3304

De Lage Landen Financial
Services
PO Box 825736
Philadelphia, PA 19182-5736

Department of Treasury
Internal Revenue Service
PO Box
Memphis, TN 37501-0069

First Citizens Bank & Trust Co
21146 Network Place
Chicago, IL 60673-1211

George Wainaina Muiruri
6841 Virginia Pkwy Ste 103-402
Mckinney, TX 75071

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, TX 75242

James F. Kratz
840 West Hamilton Street Ste 521
Allentown, PA 18101

Judy Wainaina
6841 Virginia Pkwy Ste 103-402
Mckinney, TX 75071

Matthew D. Giadrosich
420 Throckmorton St. Ste 1210
Fort Worth, TX 76102

Paccar Financial Corp.
Paacar Leasing Company
PO Box 121241 Dept 1241
Dallas, TX 75312-1241

Pathward Financial
PO Box 233756
Chicago, IL 60689-5337

PEAC Solutions
PO Box 13604
Philadelphia, PA 19101-3604

Penske Truck Leasing Co, LP
PO Box 802577
Chicago, IL 60680-2577

Siemens Financial Services
40 Liberty Blvd
Malvern, PA 19355

Southwest Idealease
2959 Irving Blvd.
Dallas, TX 75247

State Of Texas
Comptroller Of Public Accounts
PO Box 149348
Austin, TX 78714

U.S. Trustee's Office
1100 Commerce Street Room 976
Dallas, TX 75242

US Atty General
10th and Constitution Ave., NW
Main Justice Bldg. Room 5111
Washington, DC 20530

US Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179-0448

US Small Business Administration
CESC - Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155

Xtra Lease LLC
PO Box 219562
Kansas City, TX 64121