**Fill in this information to identify the case:**

Debtor Name  **DAATS Companies, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): **25-40894-elm**

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank Of America** | **Checking account** | **0 6 2 9** | **$23,549.90** |
| 3.2. | **Bank Of America** | **Checking account** | **4 1 7 6** | **$311.79** |
| 3.3. | **Bank Of America** | **Checking account** | **3 0 9 0** | **$650.46** |
| 3.4. | **Chase Bank** | **Checking account** | **6 7 1 7** | **$555.00** |
| 3.5. | **Chase Bank** | **Savings account** | **1 5 7 8** | **$270.46** |
| 3.6. | **Bank Of America** | **Savings account** | **0 6 3 2** | **$103.12** |

**4. Other cash equivalents** *(Identify all)*

4.1

4.2

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$25,440.73**

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor   **DAATS Companies, Inc.**
_____
Name

Case number *(if known)* **25-40894-elm**
_____

| | Current value of debtor's interest |
|---|---|

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1  _____   _____

7.2  _____   _____

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  _____   _____

8.2  _____   _____

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.   _____

**Part 3:**   Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11.** **Accounts receivable**

11a. 90 days old or less:   **$104,673.36**  -  **unknown**  =.....➔   **$104,673.36**
                             face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   _____  -  _____  =.....➔   _____
                          face amount          doubtful or uncollectible accounts

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   **$104,673.36**

**Part 4:**   Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1  _____   _____   _____

14.2  _____   _____   _____

Debtor   **DAATS Companies, Inc.**

Name

Case number *(if known)* 25-40894-elm

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1. _____        _____        _____        _____

15.2. _____        _____        _____        _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____        _____        _____

16.2 _____        _____        _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| _____ |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| _____ |

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

Debtor      **DAATS Companies, Inc.**

Name

Case number *(if known)* **25-40894-elm**

---

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                    _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

Debtor    **DAATS Companies, Inc.**

Name

Case number *(if known)* **25-40894-elm**

---

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | | | |
| Office Furniture, Desks, Chairs, Tables | $5,000.00 | | $5,000.00 |
| **40. Office fixtures** | | | |
| Artwork / Pictures | $500.00 | | $500.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers, Moniters | $2,000.00 | | $2,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$7,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

---

Debtor    **DAATS Companies, Inc.**    Case number *(if known)* __25-40894-elm__
Name

---

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 **Motor vehicle** | unknown | | $161,038.16 |
| 47.2 **Motor vehicle** | unknown | | $164,081.80 |
| 47.3 **Motor vehicle** | unknown | | $208,216.05 |
| 47.4 **Motor vehicle** | unknown | | $236,049.34 |
| 47.5 **Motor vehicle** | unknown | | $159,834.84 |
| 47.6 **Motor vehicle** | unknown | | $208,327.83 |
| 47.7 **Motor vehicle** | unknown | | $224,264.11 |
| 47.8 **Motor vehicle** | unknown | | $206,218.46 |
| 47.9 **Motor vehicle** | unknown | | $9,558.36 |
| 47.10 **Motor vehicle** | unknown | | $1,442,705.08 |
| 47.11 **Motor vehicle** | unknown | | $106,060.50 |
| 47.12 **Motor vehicle** | unknown | | $3,853.33 |
| 47.13 **Motor vehicle** | unknown | | $167,880.64 |
| 47.14 **Motor vehicle** | unknown | | $1,197,609.14 |
| 47.15 **Motor vehicle** | unknown | | $69,722.87 |
| 47.16 **Motor vehicle** | unknown | | $118,339.51 |
| 47.17 **Motor vehicle** | unknown | | $21,267.09 |
| 47.18 **Motor vehicle** | unknown | | $149,033.65 |
| 47.19 **1995 Freightliner FLB / VIN: 7423** | $5,000.00 | Comparable Sales | $5,000.00 |
| 47.20 **2016 Volvo VNL / VIN: 8532** | $25,000.00 | Comparable Sales | $25,000.00 |
| 47.21 **2016 Volvo VNL / VIN: 8524** | $25,000.00 | Comparable Sales | $25,000.00 |
| 47.22 **2016 Volvo VNL / VIN: 8519** | $25,000.00 | Comparable Sales | $25,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 **2003 Great Dane Trailer / VIN: 9301** | $5,000.00 | Comparable Sales | $5,000.00 |
| 48.2 **2016 Wabash / VIN: 2431** | $16,000.00 | Comparable Sales | $16,000.00 |
| 48.3 **2016 Wabash / VIN: 2071** | $16,000.00 | Comparable Sales | $16,000.00 |
| 48.4 **2015 Wabash / VIN: 1010** | $14,000.00 | Comparable Sales | $14,000.00 |
| 48.5 **2015 Wabash / VIN: 1025** | $14,000.00 | Comparable Sales | $14,000.00 |
| 48.6 **2016 Wabash / VIN: 1035** | $16,000.00 | Comparable Sales | $16,000.00 |

Debtor   **DAATS Companies, Inc.** _____   Case number *(if known)* **25-40894-elm** _____
        Name

| | | | | |
|---|---|---|---|---|
| 48.7 | **2016 Wabash / VIN: 2398** | $16,000.00 | **Comparable Sales** | $16,000.00 |
| 48.8 | **2016 Wabash / VIN: 2467** | $16,000.00 | **Comparable Sales** | $16,000.00 |
| 48.9 | **2016 Wabash / VIN: 2432** | $16,000.00 | **Comparable Sales** | $16,000.00 |
| 48.10 | **2016 Wabash / VIN: 2464** | $16,000.00 | **Comparable Sales** | $16,000.00 |

49. **Aircraft and accessories**

   49.1 _____

   49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   _____

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.           **$5,079,060.76**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

### Part 9:   Real property

54. **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.

   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

56. **Total of Part 9**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

Debtor    **DAATS Companies, Inc.**                                  Case number *(if known)* **25-40894-elm**
_____
Name

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| 61. **Internet domain names and websites** | | | |
| **daatscompanies.com** | **unknown** | | **unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| **Department of Transportation Permits** | **unknown** | | **unknown** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |
| **Goodwill** | **unknown** | | **unknown** |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| _____ |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page **8**

Debtor    **DAATS Companies, Inc.**

Name

Case number *(if known)* **25-40894-elm**

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➔    _____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

**Commercial Property Insurance Policy with Nautilus Insurance Company**    **unknown**

**General Liability Insurance Policy with Great West Casualty Company**    **unknown**

**Workers Compensation and Employers Liability Insurance Policy with OBI National Insurance
Company**    **unknown**

74. **Causes of action against third parties (whether or not a lawsuit has
been filed)**

_____

**Nature of claim**    _____

**Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

_____

**Nature of claim**    _____

**Amount requested**    _____

76. **Trusts, equitable or future interests in property**

_____    _____

77. **Other property of any kind not already listed** *Examples:* Season
tickets, country club membership

_____    _____

Debtor    **DAATS Companies, Inc.**
Name

Case number *(if known)* **25-40894-elm**

---

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $25,440.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $104,673.36 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,079,060.76 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................... ➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $5,216,674.85 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................... | | $5,216,674.85 |

Fill in this information to identify the case:

Debtor name __**DAATS Companies, Inc.**__

United States Bankruptcy Court for the: _____**Northern**_____ District of ____**Texas**____

(State)

Case number (if known): __**25-40894-elm**__

☐ Check if this is an
amended filing

__Official Form 206D__

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1.** **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |

**2.1** **Creditor's name**

__**Balboa Capital**__

**Creditor's mailing address**

__PO Box 844803__

__Los Angeles, CA 90084-4803__

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __9__ __0__ __0__ __1__
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

Motor vehicle

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | $161,038.16 | $161,038.16 |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. — **$4,854,060.76**

| Debtor | DAATS Companies, Inc. | Case number (if known) | 25-40894-elm |
|--------|----------------------|------------------------|--------------|
|        | Name                 |                        |              |

| **Part 1:** | Additional Page | Column A | Column B |
|-------------|-----------------|---------|---------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2 Creditor's name**

**Balboa Capital**

**Creditor's mailing address**

**PO Box 844803**

**Los Angeles, CA 90084-4803**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   9   0   0   2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Motor vehicle

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$164,081.80        $164,081.80

| Debtor | DAATS Companies, Inc. | Case number (if known) | 25-40894-elm |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** **Creditor's name**

BMO Bank

**Creditor's mailing address**

PO Box 71951

Chicago, IL 60694-1951

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   9   0   0   1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Motor vehicle

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$208,216.05 | $208,216.05

Debtor **DAATS Companies, Inc.**
_____
Name

Case number (if known) **25-40894-elm**

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

**BMO Bank**

**Describe debtor's property that is subject to a lien**

Motor vehicle

**Describe the lien**

$236,049.34

$236,049.34

**Creditor's mailing address**

**PO Box 71951**

**Chicago, IL 60694-1951**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number** **6 0 0 4**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | **DAATS Companies, Inc.** | | Case number (if known) | **25-40894-elm** |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

**BMO Bank**

**Creditor's mailing address**

**PO Box 71951**

**Chicago, IL 60694-1951**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   **6  0  0  5**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Motor vehicle

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$159,834.84   $159,834.84

Debtor  **DAATS Companies, Inc.**
Name

Case number (if known)  **25-40894-elm**

---

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.6**  **Creditor's name**

De Lage Landen Financial Services

**Describe debtor's property that is subject to a lien**

Motor vehicle

$208,327.83    $208,327.83

**Describe the lien**

**Creditor's mailing address**

PO Box 825736

Philadelphia, PA 19182-5736

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**   9  6  9  2

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    **DAATS Companies, Inc.**
_____
Name

Case number (if known) **25-40894-elm**
_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.7** **Creditor's name**

De Lage Landen Financial Services

**Creditor's mailing address**

PO Box 825736

Philadelphia, PA 19182-5736

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **0 9 5 6**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

<u>Motor vehicle</u>

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$224,264.11    $224,264.11

Debtor **DAATS Companies, Inc.**
Name

Case number (if known) **25-40894-elm**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.8** **Creditor's name**

De Lage Landen Financial Services

**Creditor's mailing address**

PO Box 825736

Philadelphia, PA 19182-5736

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 2 0 9 7

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Motor vehicle

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$206,218.46 | $206,218.46

| Debtor | **DAATS Companies, Inc.** | Case number (if known) | **25-40894-elm** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.9**

**Creditor's name**

**First Citizens Bank & Trust Co**

**Creditor's mailing address**

**21146 Network Place**

**Chicago, IL 60673-1211**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    **7 0 0 0**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Motor vehicle

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$9,558.36**

Column B: **$9,558.36**

| Debtor | DAATS Companies, Inc. | | Case number (if known) | 25-40894-elm |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.10** **Creditor's name**

Paccar Financial Corp.

**Creditor's mailing address**

Paacar Leasing Company

PO Box 121241 Dept 1241

Dallas, TX 75312-1241

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** **9 7 0 1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Motor vehicle

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$1,442,705.08     $1,442,705.08

| Debtor | **DAATS Companies, Inc.** | | Case number (if known) | **25-40894-elm** |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.11** **Creditor's name**

**Pathward Financial**

**Describe debtor's property that is subject to a lien**

Motor vehicle

**Describe the lien**

_____

$106,060.50        $106,060.50

**Creditor's mailing address**

**PO Box 233756**

**Chicago, IL 60689-5337**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number**   4  3  3  1

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | DAATS Companies, Inc. | | Case number (if known) | 25-40894-elm |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.12** **Creditor's name**

**PEAC Solutions**

**Creditor's mailing address**

**PO Box 13604**

**Philadelphia, PA 19101-3604**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account** **5 0 0 2**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Motor vehicle                          $3,853.33         $3,853.33

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **DAATS Companies, Inc.** | Case number (if known) __25-40894-elm__ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.13** **Creditor's name**

**PEAC Solutions**

**Describe debtor's property that is subject to a lien**

Motor vehicle

$167,880.64       $167,880.64

**Creditor's mailing address**

**PO Box 13604**

**Describe the lien**

**Philadelphia, PA 19101-3604**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   5 0 0 3

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   **DAATS Companies, Inc.**

Name                                                          Case number (if known) __25-40894-elm__

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.14** **Creditor's name**

**Penske Truck Leasing Co, LP**

**Creditor's mailing address**

**PO Box 802577**

**Chicago, IL 60680-2577**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   **3  2  0  0**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Motor vehicle

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$1,197,609.14**   Column B: **$1,197,609.14**

| Debtor | DAATS Companies, Inc. | Case number (if known) | 25-40894-elm |
|--------|------------------------|------------------------|--------------|
|        | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|-------------|-----------------|---|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.15** **Creditor's name**

**Siemens Financial Services**

**Creditor's mailing address**

**40 Liberty Blvd**

**Malvern, PA 19355**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **5 1 7 7**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Motor vehicle

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$69,722.87** | **$69,722.87**

| Debtor | DAATS Companies, Inc. | Case number (if known) | 25-40894-elm |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.16** Creditor's name

**Siemens Financial Services**

Creditor's mailing address

**40 Liberty Blvd**

**Malvern, PA 19355**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    **4  3  1  3**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Motor vehicle

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$118,339.51**    **$118,339.51**

| Debtor | **DAATS Companies, Inc.** | Case number (if known) | **25-40894-elm** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.17** **Creditor's name**

**US Bank Equipment Finance**

**Describe debtor's property that is subject to a lien**

Motor vehicle                                                    $21,267.09        $21,267.09

**Creditor's mailing address**

**PO Box 790448**

**Describe the lien**

**Saint Louis, MO 63179-0448**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No

**Last 4 digits of account** **4 0 0 0**
**number**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ No

☐ Contingent

☐ Yes. Have you already specified the
       relative priority?

☐ Unliquidated

☐ Disputed

☐ No.  Specify each creditor, including
        this creditor, and its relative
        priority.

_____

_____

☐ Yes. The relative priority of creditors
        is specified on lines _____

| Debtor | DAATS Companies, Inc. | Case number (if known) | 25-40894-elm |
|--------|------------------------|------------------------|--------------|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.18 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $149,033.65 | unknown |
|------|---------------------|----------------------------------------------------------|-------------|---------|

**Creditor's name**
US Small Business Administration

**Creditor's mailing address**
CESC - Covid EIDL Service Center

14925 Kingsport Rd

Fort Worth, TX 76155

**Creditor's email address, if known**

**Date debt was incurred**    2020

**Last 4 digits of account number**    7  4  0  6

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
EIDL Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | DAATS Companies, Inc. | Case number (if known) | 25-40894-elm |
|---|---|---|---|
| | Name | | |

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Matthew D. Giadrosich<br>420 Throckmorton St. Ste 1210<br>Fort Worth, TX 76102 | Line 2. **10** | **9 7 0 1** |
| James F. Kratz<br>840 West Hamilton Street Ste 521<br>Allentown, PA 18101 | Line 2. **14** | **3 2 0 0** |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name **DAATS Companies, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): **25-40894-elm**

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Dallas County**

**500 Elm Street Ste 3300**

**Dallas, TX 75202-3304**

Date or dates debt was incurred

**2024**

Last 4 digits of account
number **0  0  0  0**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Business Property Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$34,735.82**   Priority amount: **$34,735.82**

**2.2** Priority creditor's name and mailing address

**Department of Treasury**

**Internal Revenue Service**

**PO Box**

**Memphis, TN 37501-0069**

Date or dates debt was incurred

**08/01/2024**

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$9,794.38**   Priority amount: **$9,794.38**

| Debtor | **DAATS Companies, Inc.** | | Case number *(if known)* | **25-40894-elm** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 1:** | Additional Page |
|---|---|

| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,793.01 | $6,793.01 |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

**State Of Texas**

**Comptroller Of Public Accounts**

**PO Box 149348**

**Austin, TX 78714**

**Date or dates debt was incurred**

**2024**

**Last 4 digits of account number** **6  6  1  6**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Taxes**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$6,793.01        $6,793.01

| Debtor | **DAATS Companies, Inc.** | | Case number *(if known)* | **25-40894-elm** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

**American Express**

**PO Box 6031**

**Carol Stream, IL 60197-6031**

Date or dates debt was incurred _____

Last 4 digits of account number **1  0  0  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$22,181.54**

---

**3.2**  Nonpriority creditor's name and mailing address

**American Express National Bank**

**PO Box 3009**

**Salt Lake City, UT 84130**

Date or dates debt was incurred _____

Last 4 digits of account number **3  2  2  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of Credit**

Is the claim subject to offset?
☑ No
☐ Yes

**$118,515.70**

---

**3.3**  Nonpriority creditor's name and mailing address

**Apex Capital**

**6000 Western Place Suite 1000**

**Fort Worth, TX 76107**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.4**  Nonpriority creditor's name and mailing address

**Bank of America**

**PO Box 660441**

**Dallas, TX 75266-0441**

Date or dates debt was incurred _____

Last 4 digits of account number **2  0  0  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$54,796.81**

---

| Debtor | **DAATS Companies, Inc.** | Case number *(if known)* | **25-40894-elm** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Bruckner Leasing**

**10120 West Reno**

**Oklahoma City, TX 73127**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:        $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Southwest Idealease**

**2959 Irving Blvd.**

**Dallas, TX 75247**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:        $15,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Xtra Lease LLC**

**PO Box 219562**

**Kansas City, TX 64121**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:        $28,584.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **DAATS Companies, Inc.**
          Name

Case number *(if known)*    **25-40894-elm**

---

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$51,323.21** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$249,078.05** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$300,401.26** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **DAATS Companies, Inc.** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | **25-40894-elm**      Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Month-to-Month Rental Contract** | **Bruckner Leasing** |
| | | | **10120 West Reno** |
| | State the term remaining | **0 months** | **Oklahoma City, OK 73127** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Month-to-Month Rental Contract** | **Southwest Idealease** |
| | | | **2959 Irving Blvd.** |
| | State the term remaining | **0 months** | **Dallas, TX 75247** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Month-to-Month Rental Contract**  **Contract to be ASSUMED** | **Xtra Lease LLC** |
| | | | **PO Box 219562** |
| | State the term remaining | **0 months** | **Kansas City, TX 64121** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | |
|---|---|
| Fill in this information to identify the case: | |

Debtor name   **DAATS Companies, Inc.**

United States Bankruptcy Court for the:   **Northern**   District of   **Texas**
(State)

Case number (If known):   **25-40894-elm**

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1**   George Wainaina Muiruri | **6841 Virginia Pkwy Ste 103-402** <br> Street <br><br> **Mckinney, TX 75071** <br> City    State    ZIP Code | **De Lage Landen Financial Services** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **De Lage Landen Financial Services** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **De Lage Landen Financial Services** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.2**   Judy Wainaina | **6841 Virginia Pkwy Ste 103-402** <br> Street <br><br> **Mckinney, TX 75071** <br> City    State    ZIP Code | **Balboa Capital** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Balboa Capital** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Pathward Financial** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **American Express National Bank** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.3** | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | **DAATS Companies, Inc.** | Case number (if known) | **25-40894-elm** |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.5 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

**Fill in this information to identify the case:**

Debtor name       **DAATS Companies, Inc.**

United States Bankruptcy Court for the:

      **Northern District of Texas**

Case number (if known):     **25-40894-elm**     Chapter   **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*................................................................................................

   $0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*..............................................................................................

   $5,216,674.85

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*................................................................................................

   $5,216,674.85

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   $4,854,060.76

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................

   $51,323.21

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

   +   $249,078.05

4. **Total liabilities**...................................................................................................................................

   Lines 2 + 3a + 3b

   $5,154,462.02

**Fill in this information to identify the case:**

Debtor name          **DAATS Companies, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known):     **25-40894-elm**

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **03/28/2025**
                MM/ DD/ YYYY

X **/s/ George Wainaina Muiruri**
Signature of individual signing on behalf of debtor

**George Wainaina Muiruri**
Printed name

**CEO**
Position or relationship to debtor